IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No. 99-37 T[1]

(Judge George W. Miller)

BURLINGTON RESOURCES, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

---

No. 99-53 T

BURLINGTON NORTHERN SANTA FE CORPORATION,

Plaintiff

v.

THE UNITED STATES,

Defendant

---

JOINT STATUS REPORT

---

In accordance with the Court's order entered November 19, 2003, the parties submit this joint status report regarding settlement activities.

[1]Proceedings on these matters were consolidated by order entered March 29, 1999.

As detailed in previous status reports, the parties completed their negotiation of revisions to the settlement terms by January 28, 2005. Thereafter, on March 15, 2005, the Department of Justice received the recommendation of the Internal Revenue Service with respect to the offers, as revised and clarified. The Chief of the Court of Federal Claims Section made her recommendation on the offers and forwarded the recommendations and files to the Office of Review of the Tax Division on March 31, 2005. A computation specialist with the Office of Review prepared computations with regard to the offers, and, on August 10, 2005, sent a letter to plaintiffs' counsel raising questions with respect to the computation of plaintiffs' interest netting claim. In November, 2005, plaintiffs' counsel provided information in response to the Office of Review's letter, but the mailing was not delivered properly and did not arrive in the Office of Review. Plaintiffs’ counsel mailed the information a second time, and it was received by the Office of Review on February 10, 2006. Most recently, the Office of Review and plaintiffs’ counsel agreed on the principal tax computations, and plaintiffs sent the Office of Review their interest netting computations. A computation specialist in the Office of Review will verify the interest netting computations as soon as plaintiffs obtain the necessary transcript(s) of account from the IRS and forward them to the Office of Review. Discussions between plaintiffs’ counsel and the Office of Review are ongoing, but are close to a final resolution.

Unless instructed otherwise, the parties will file their next status report by November 13, 2006, if they have not filed a stipulation of dismissal prior to that date.

This status report has been prepared in consultation with plaintiffs' counsel, who was provided with a copy of this report by electronic mail prior to filing. Plaintiffs' counsel has authorized the undersigned attorneys for defendant to represent to the Court that she joins in this report.

Respectfully submitted,

s/Jennifer P. Wilson
JENNIFER P. WILSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Telephone: 202-307-6495
Facsimile: 202-514-9440
E-mail: jennifer.p.wilson@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

August 14, 2006