IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 99-37 T[1]

(Judge George W. Miller)

BURLINGTON RESOURCES, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

No. 99-53 T

BURLINGTON NORTHERN SANTA FE CORPORATION,

Plaintiff

v.

THE UNITED STATES,

Defendant

# JOINT STATUS REPORT

In accordance with the Court's order entered November 19, 2003, the parties submit this joint status report regarding settlement activities.

[1]Proceedings on these matters were consolidated by order entered March 29, 1999.

As detailed in previous status reports, the parties completed their negotiation of revisions to the settlement terms by January 28, 2005. Thereafter, on March 15, 2005, the Department of Justice received the recommendation of the Internal Revenue Service with respect to the offers, as revised and clarified. The Chief of the Court of Federal Claims Section made her recommendation on the offers and forwarded the recommendations and files to the Office of Review of the Tax Division on March 31, 2005. A computation specialist with the Office of Review raised questions with respect to the computation of plaintiffs' interest netting claim and plaintiffs' counsel responded to the questions. After the questions were resolved, the Office of Review and plaintiffs' counsel reached an agreement on the principal tax computations and interest netting computations. On October 20, 2006, plaintiffs' counsel delivered revised settlement offers to the Government reflecting the agreed computations. The Chief of the Office of Review made her recommendation on the revised offers and forwarded the recommendation and files to the office of the Deputy Assistant Attorney General on November 2, 2006. If the settlement is approved by the Deputy Assistant Attorney General, it will then be reviewed by the Assistant Attorney General. If the settlement is approved by the Assistant Attorney General, it will then be reviewed by the Joint Committee on Taxation, which is the final level of review.

Unless instructed otherwise, the parties will file their next status report by February 12, 2007, if they have not filed a stipulation of dismissal prior to that date.

This status report has been prepared in consultation with plaintiffs' counsel, who was provided with a copy of this report by electronic mail prior to filing. Plaintiffs' counsel has authorized the undersigned attorneys for defendant to represent to the Court that she joins in this report.

Respectfully submitted,

s/Jennifer P. Wilson

JENNIFER P. WILSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Telephone: 202-307-6495
Facsimile: 202-514-9440
E-mail: jennifer.p.wilson@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

November 13, 2006