**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**(Judge George W. Miller)**

---

**No. 99-37 T [1/]**

**BURLINGTON RESOURCES, INC.,**

**Plaintiff**

**v.**

**THE UNITED STATES**

**Defendant**

---

**No. 99-53 T**

**BURLINGTON NORTHERN SANTA FE CORPORATION,**

**Plaintiff**

**v.**

**THE UNITED STATES**

**Defendant**

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

It is hereby stipulated and agreed that the complaints in the above-entitled cases be dismissed with prejudice, the parties to bear their respective costs, including any possible attorney's fees or other expenses of this litigation.

[1/] Proceedings on these matters were consolidated by order entered March 29, 1999.

Respectfully submitted,

February 1, 2007

s/ Kathleen Pakenham, Esq.
KATHLEEN PAKENHAM, Esq.
White & Case
1155 Avenue of the Americas
New York, New York 10036
Telephone: 212-819-8324
Facsimile: 212-354-8113
E-mail: kpakenham@ny.whitecase.com

March 16, 2007

s/ Jennifer P. Wilson
JENNIFER P. WILSON
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Telephone: 202-307-6495
Facsimile: 202-514-9440
E-mail: jennifer.p.wilson@usdoj.gov

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID D. GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN FRAHM
*Assistant Chief, Court of Federal Claims Section*

March 16, 2007

s/ Steven Frahm
Of Counsel